DYIAN KALISIEWICK, Respondent, *v.* THE SOLVAY PROCESS COMPANY, Appellant.

*Kalisiewick* v. *Solvay Process Co.*, 142 App. Div. 910, affirmed.
(Argued May 20, 1912; decided June 4, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 13, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Louis L. Waters* for appellant.

*A. Lee Olmsted* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.   Absent: VANN, J.

---

J. HENRY HOWE et al., Respondents, *v.* THOMAS F. CUSHING COMPANY, Appellant.

*Howe* v. *Cushing Company*, 140 App. Div. 941, affirmed.
(Argued May 20, 1912; decided June 4, 1912.)

APPEAL from a judgment, entered December 1, 1910, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling defendant's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for plaintiffs upon the verdict, in an action to recover for an alleged breach of contract.

*George D. Reed* for appellant.

*James M. E. O'Grady* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.   Absent: VANN, J.